SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for Plaintiff the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0267 PJH |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| JUAN ALARCON-BAUTISTA, aka Ernesto Bautista-Perez, and aka Sergio Vasques Lucas, ) | |
|     Defendant. ) | |

On May 23, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 23, 2007 to July 11, 2007 for effective preparation of counsel. Additionally, the parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                SCOTT N. SCHOOLS
                United States Attorney

DATED: May 24, 2007                    /s/
                JULIE A. ARBUCKLE
                Assistant United States Attorney

DATED: May 24, 2007                    /s/
                JOSH COHEN
                Attorney for Defendant Juan Alarcon-Bautista

    As the Court found on May 23, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 23, 2007 to July 11, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B).

    As the Court further ruled on May 23, 2007, Pretrial Services shall prepare a criminal history report, and shall provide it to counsel and the Court before July 11, 2007 (the next court date in this case).

    SO ORDERED.

DATED: 5/31/07

_____
Phyllis J. Hamilton
United States District Judge